FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 FEB -8 AM 11: 27

DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>ERIC W MCKENZI<br>MARY H MCKENZIE<br>Debtor. | CHAPTER # 7<br>CASE NO. 09-28444  |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

**X** **A** The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ **B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**        **CHECK AMOUNT**
Layton Christian Academy                    $68.75
2352 E Hwy 193
Layton, UT 84040

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$68.75** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 28th day of January, 2011

_____/s/_____
Steven R. Bailey, Trustee